Newtek\Earth First\Tigar Second Bankruptcy\Motion for Relief from Stay - Notice

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Reading Division)

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Randy L. Tigar,** | : | Case No. 23-10896-pmm |
| Debtor. | : | |
| | : | |
| **Newtek Small Business Finance, LLC,** | : | Hearing Date: May 16, 2022 |
| Movant | : | Time: 10:00 o'clock a.m. |
| v. | : | Place: Fourth Floor Courtroom |
| **Randy L. Tigar, and** | : | 201 Penn St., Reading, PA 19601 |
| **Terry P. Dershaw, Chapter 7 Trustee,** | : | |
| Respondents. | : | |
| | : | Responses Due: May 1, 2023 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Newtek Small Business Finance, LLC, has filed a Newtek Small Business Finance, LLC, has filed a Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), (d)(2), 363(a), (c)(2), (e), and 707(a)(1) (the "Motion").

1.      **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2.      **If you do not want the Court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **May 1, 2023 (14 days after service of the Motion), you or your attorney must file a response to the Motion.**  (See Instructions on next page).

3.      **A hearing on the Motion is scheduled to be held on May 16, 2023 at 10:00 a.m., in the Courtroom, United States Bankruptcy Court, 201 Penn St., 4th Floor, The Gateway Building, Reading, PA 19601.**  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4.      **If you do not file a response to the Motion,** the Court may cancel the hearing an enter an order granting the relief requested in the Motion.

5.      You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

1

6.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions.**

7.  **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8.  **If you are not required to file electronically,** you must file your response at:

> Office of the Clerk of the United States Bankruptcy Court
> for the Eastern District of Pennsylvania, Reading Division
> 201 Penn St., 4th Floor, The Gateway Building, Reading, PA 19601

9.  If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> John J. Winter, Esquire
> **Chartwell Law**
> 970 Rittenhouse Road, Suite 300
> Eagleville, PA 19403
> Telephone: (610) 666-8437
> Fax No. (610) 666-7704
> E-mail: jwinter@chartwelllaw.com

**CHARTWELL LAW**

Dated: April 17, 2023

By: /s/ John J. Winter
    John J. Winter, Esq. / Robert J. Murtaugh, Esq.
    Pa. ID Nos. 46849 / 57494
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
Telephone (610) 666-7700
Telecopier (610) 666-7704
*(Attorneys for Newtek Small Business Finance, LLC)*