**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Randy L. Tigar                                    CHAPTER 7
                              Debtor(s)

                                                         BKY. NO. 23-10896 PMM


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 and index same on the master mailing list.


                    Respectfully submitted,


/s/ *Michael Farrington*
_____
Michael Farrington
18 Apr 2023, 12:20:02, EDT


      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: 4f1c5e4ce667ab07aefaca65fcfd4baed4d59c17540d5f0d6308b2da903fe083