UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Randy Tigar | : | Chapter 13 |
| Debtor | : | Case No. 23-10896 |
| Randy Tigar | : | |
| Movant | : | |
| Vs. | : | |
| Island Park Development, LLC | : | |
| Respondent | : | |
| | : | |

AND NOW, this 4th day of May 2023, the undersigned did serve upon the following named parties, a copy of the Amended Notice of Motion and Motion to Turnover Property of the Estate via United States Mail, post prepaid and/or Via ECF

Island Park Development LLC
400 Island Park Blvd.
Bldg 3
Easton, PA 18042

Office of the Standing Chapter 13 Trustee
4010 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Office of the UST
900 Market Street
STE 320
Philadelphia, PA 19107

Respectfully submitted,

/s/ Michael J. McCrystal

_____

Michael J. McCrystal