**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    RANDY L. TIGAR<br>        *Debtor*<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 c/o Select Portfolio Servicing, Inc.<br>        *Movant*<br><br>            vs.<br>RANDY L. TIGAR,<br>        *Debtor/Respondent*<br>    and<br>TERRY P. DERSHAW, Esquire,<br>        *Trustee/Respondent* | Bankruptcy No. 23-10896-PMM<br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 c/o Select Portfolio Servicing, Inc. ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 7 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Sarah K. McCaffery, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Respectfully Submitted,

Date: May 8, 2023

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
smccaffery@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    RANDY L. TIGAR<br>        *Debtor*<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 c/o Select Portfolio Servicing, Inc.<br>        *Movant*<br><br>                        vs.<br>RANDY L. TIGAR,<br>        *Debtor/Respondent*<br>    and<br>TERRY P. DERSHAW, Esquire,<br>        *Trustee/Respondent* | Bankruptcy No. 23-10896-PMM<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on <u>May 8, 2023.</u>

| | |
|---|---|
| Michael J. McCrystal, Esquire<br>Via Electronic Filing<br>*Attorney for Debtor* | Randy L. Tigar<br>4323 Richmond Rd.<br>Easton, PA 18040<br>*Debtor* |
| Terry P. Dershaw, Esquire,<br>Via Electronic Filing<br>*Trustee* | |

Date: May 8, 2023

<u>/s/ Sarah K. McCaffery, Esquire</u>
Sarah K. McCaffery, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
smccaffery@hoflawgroup.com