**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RANDY L. TIGAR, | : | CHAPTER 7 |
| | : | |
| Debtor | : | BKRTCY. NO. 23-10896 pmm |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case as counsel for Estate of Robert Rapp and Island Park Development, LLC pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and hereby requests that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon Island Park Development, LLC at the address of their counsel as follows:

**Kevin K. Kercher, Esq.**
**Law Office of Kevin Kercher, P.C.**
**881 Third St.**
**Fullerton Bldg., Ste. C-2**
**Whitehall, PA 18052**
**Phone: 610-264-4120**
**Fax: 610-264-2990**
**Email: kevin@kercherlaw.com**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice application, complaint, demand, motion, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex or otherwise filed or made with regard to the above referenced case and all proceedings therein.

**Date: 5/15/2023**

                                        **LAW OFFICES OF**
                                        **KEVIN K. KERCHER, ESQUIRE, P.C.**

                            **BY:**   **/s/ Kevin K. Kercher**
                                        **Kevin K. Kercher, Esquire**
                                        **881 Third Street, Suite #C-2**
                                        **Whitehall, PA 18052**
                                        **Attorney for Island Park**
                                        **Development, LLC**