Newtek\Earth First\Tigar Second Bankruptcy\Motion for Relief from Stay - proposed Order

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Reading Division)

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Randy L. Tigar,** | : | Case No. 23-10896-pmm |
| Debtor. | : | |
| | : | |
| **Newtek Small Business Finance, LLC,** | : | Hearing Date: May 16, 2022 |
| Movant | : | Time: 10:00 o'clock a.m. |
| v. | : | Place:  Fourth Floor Courtroom |
| **Randy L. Tigar, and** | : | 201 Penn St., Reading, PA 19601 |
| **Terry P. Dershaw, Chapter 7 Trustee,** | : | |
| Respondents. | : | |
| | : | Responses Due: May 1, 2023 |

**(PROPOSED) ORDER OF COURT GRANTING MOTION,
ALTERNATIVELY, FOR ADEQUATE PROTECTION,
RELIEF FROM THE AUTOMATIC STAY, TO PROHIBIT OR CONDITION
USE OF CASH COLLATERAL, OR DISMISSAL OF CASE, PURSUANT TO
11 U.S.C. §§105(a), 361(2), 362(d)(1), (d)(2), 363(a), (c)(2), (e), AND 707(a)(1),
FILED ON BEHALF OF NEWTEK SMALL BUSINESS FINANCE, LLC**

**AND NOW**, this ⎯16th⎯ day of ⎯May⎯⎯⎯⎯⎯⎯⎯⎯⎯, 2023, upon consideration of the
Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or
Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2),
362(d)(1), (d)(2), 363(a), (c)(2), (e), and 707(a)(1), filed on behalf of Newtek Small Business
Finance, LLC (the "Motion")[1], the response thereto filed by the Debtor, and argument of
counsel, if any, and good cause appearing therefore, it is **HEREBY FOUND** that cause has been
shown for the reasons as set forth in the record for granting the relief requested in the Motion.

Accordingly, it is **HEREBY ORDERED** that:

1.    The Motion is **GRANTED**;

---

[1]Defined terms appearing herein shall have the meaning set forth for them in the Motion.

1

2.      The automatic stay imposed by 11 U.S.C. §362(a) is hereby lifted, so as to permit Newtek Small Business Finance, LLC, to proceed with enforcement of its **in rem** rights and remedies under its Loan Documents, including, without limitation, proceeding with execution against the Personal Property, upon its Judgment, and applying any proceeds received against the Loan balance.   **Relief is NOT being granted to pursue any in personam relief against the Debtor.**

**By The Court:**

*Patricia M. Mayer*

_____

**Date: May 16, 2023**

**The Honorable Patricia M. Mayer**
**Chief United States Bankruptcy Judge**

Copies to:
John J. Winter, Esquire, Chartwell Law
970 Rittenhouse Road, Suite 300, Eagleville, PA 19403
*(Counsel for Movant)*

Michael J. McCrystal, Esquire
151 Main Street, Suite A, Emmaus, PA 18049
*(Counsel for Debtor)*

Michael Farrington, Esquire, KML Law Group
701 Market Street, Suite 5000, Philadelphia, PA 19106-1532
*(Counsel for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10)*

Terry P. Dershaw, Esquire, Dershaw Law Offices
P.O. Box 556, Warminster, PA 18974-0632
*(Chapter 7 Trustee for Randy L. Tigar)*

Dave P. Adams, Esquire, Office of the United States Trustee
833 Chestnut Street, Suite 500, Philadelphia, PA 19107