United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10896-pmm

Randy L. Tigar     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: May 16, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |
| cr | + | Newtek Small Business Finance, LLC, c/o John J. Winter, Esquire, Chartwell Law, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403 UNITED STATES 19403-2265 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

**Name**     **Email Address**

JOHN J. WINTER
    on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com

KEVIN K. KERCHER
    on behalf of Creditor Island Park Development  LLC kevinkk@kercherlaw.com, kevin@kercherlaw.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor Randy L. Tigar mccrystallaw@gmail.com sueparalegal@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 mfarrington@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 2 |

TERRY P. DERSHAW
    7trustee@gmail.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

Newtek\Earth First\Tigar Second Bankruptcy\Motion for Relief from Stay - proposed Order

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Reading Division)

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Randy L. Tigar,** | : | Case No. 23-10896-pmm |
| Debtor. | : | |
| | : | |
| **Newtek Small Business Finance, LLC,** | : | Hearing Date: May 16, 2022 |
| Movant | : | Time: 10:00 o'clock a.m. |
| v. | : | Place: Fourth Floor Courtroom |
| **Randy L. Tigar, and** | : | 201 Penn St., Reading, PA 19601 |
| **Terry P. Dershaw, Chapter 7 Trustee,** | : | |
| Respondents. | : | |
| | : | Responses Due: May 1, 2023 |

**(PROPOSED) ORDER OF COURT GRANTING MOTION,
ALTERNATIVELY, FOR ADEQUATE PROTECTION,
RELIEF FROM THE AUTOMATIC STAY, TO PROHIBIT OR CONDITION
USE OF CASH COLLATERAL, OR DISMISSAL OF CASE, PURSUANT TO
11 U.S.C. §§105(a), 361(2), 362(d)(1), (d)(2), 363(a), (c)(2), (e), AND 707(a)(1),
FILED ON BEHALF OF NEWTEK SMALL BUSINESS FINANCE, LLC**

    **AND NOW**, this \_16th\_ day of \_May_____, 2023, upon consideration of the Motion, Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), (d)(2), 363(a), (c)(2), (e), and 707(a)(1), filed on behalf of Newtek Small Business Finance, LLC (the "Motion")[1], the response thereto filed by the Debtor, and argument of counsel, if any, and good cause appearing therefore, it is **HEREBY FOUND** that cause has been shown for the reasons as set forth in the record for granting the relief requested in the Motion.

    Accordingly, it is **HEREBY ORDERED** that:

1.    The Motion is **GRANTED**;

---

[1] Defined terms appearing herein shall have the meaning set forth for them in the Motion.

1

2. The automatic stay imposed by 11 U.S.C. §362(a) is hereby lifted, so as to permit Newtek Small Business Finance, LLC, to proceed with enforcement of its **in rem** rights and remedies under its Loan Documents, including, without limitation, proceeding with execution against the Personal Property, upon its Judgment, and applying any proceeds received against the Loan balance.  **Relief is NOT being granted to pursue any in personam relief against the Debtor.**

**By The Court:**

*/s/ Patricia M. Mayer*
_____

**Date: May 16, 2023**

**The Honorable Patricia M. Mayer**
**Chief United States Bankruptcy Judge**

Copies to:
John J. Winter, Esquire, Chartwell Law
970 Rittenhouse Road, Suite 300, Eagleville, PA 19403
*(Counsel for Movant)*

Michael J. McCrystal, Esquire
151 Main Street, Suite A, Emmaus, PA 18049
*(Counsel for Debtor)*

Michael Farrington, Esquire, KML Law Group
701 Market Street, Suite 5000, Philadelphia, PA 19106-1532
*(Counsel for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10)*

Terry P. Dershaw, Esquire, Dershaw Law Offices
P.O. Box 556, Warminster, PA 18974-0632
*(Chapter 7 Trustee for Randy L. Tigar)*

Dave P. Adams, Esquire, Office of the United States Trustee
833 Chestnut Street, Suite 500, Philadelphia, PA 19107