```
Michael J. McCrystal, Esquire
326 Main Street, STE. 1
Emmaus, PA 18049
610 262-7873
```

Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In RE: Randy L. Tigar
      Debtors

Chapter 7
Case No. 23-10896-pmm

***PRAECIPE TO WITHDRAW***
***DEBTOR'S MOTION FOR TURNOVER OF PROPERTY***

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Kindly mark as withdrawn Debtor's Motion for Turnover of Property.

Respectfully submitted,

/s/Michael J. McCrystal

_____
Michael J. McCrystal, Esquire
326 Main Street
Suite 1
Emmaus, PA 18049
Attorney for the Debtor