## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Randy L. Tigar | : | Chapter: 7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 23-10896-pmm |
| | : | |

## NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor(s) has/have failed to appear at two (2) scheduled §341 Meeting of Creditors on 5/10/23 and 6/7/23.

DATED this 8th day of June, 2023.

ANDREW R. VARA
United States Trustee for Regions 3 and 9

By: */s/ Maria Borgesi*
Maria Borgesi
Paralegal