## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Randy L. Tigar, | : | Chapter 7 |
| | : | |
| | : | Case No. 23-10896 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been filed on March 29, 2023;

AND the Debtor having failed to appear at two (2) scheduled §341 meetings, see doc. no. 31;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday, June 20, 2023 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, PA 19601 and show cause why this case should not be dismissed for failure to appear at any of the §341 meetings.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date: June 9, 2023

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE