**IN THE UNITED STATES BANKRUPTCY COURT FOR**
EASTERN            **DISTRICT OF** PENNSYLVANIA
READING            **DIVISION**

In re

RANDY L TIGAR

                                          Debtors.

In Chapter  7   Proceeding

Case No. 23-10896

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank    c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 3/30/2023    Docket Number  4  .

Dated:  This  19  th day of June    , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

MICHAEL J MCCRYSTAL
Attorney

TERRY P DERSHAW
Chapter 7    Trustee


Dated:  This 19 <sup>th</sup> day of June , 2023


By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257