United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Randy L. Tigar  
    Debtor

Case No. 23-10896-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jun 21, 2023      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:**

**Name**      **Email Address**

DAVE P. ADAMS  
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

JOHN J. WINTER  
    on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com

KEVIN K. KERCHER  
    on behalf of Creditor Island Park Development  LLC kevinkk@kercherlaw.com, kevin@kercherlaw.com

MICHAEL J. MCCRYSTAL  
    on behalf of Debtor Randy L. Tigar mccrystallaw@gmail.com sueparalegal@gmail.com

MICHAEL PATRICK FARRINGTON  
    on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 mfarrington@kmllawgroup.com

SARAH K. MCCAFFERY  
    on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

TERRY P. DERSHAW  
    7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 21, 2023 | Form ID: pdf900 | Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Randy L. Tigar                                Chapter 7

Debtor(s).                                            Bankruptcy No. 23-10896-pmm

**O R D E R**

AND NOW, this 20th day of June, 2023, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the **Chapter 7 trustee Terry Dershaw on July 26, 2023 at 8:30 a.m.** For attendance by video please use this meeting id: https://zoom.us/j/8075458406. For participation by telephone, please call 301 715 8592 and use (access code/meeting id/passcode) 807 545 8406 to join the meeting. Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest. This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on **August 8, 2023** at 11:00 a.m. for the purpose of determining whether the debtor(s) complied with the terms of this Order.

[INTENTIONALLY LEFT BLANK]

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rules 4004(a) and 4007(b) and (c) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the meeting of creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

*Patricia M. Mayer*
_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee