United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10896-pmm |
| Randy L. Tigar | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 11, 2023 | Form ID: 211 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| JOHN J. WINTER | on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com |
| KEVIN K. KERCHER | on behalf of Creditor Island Park Development  LLC kevinkk@kercherlaw.com, kevin@kercherlaw.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 bkgroup@kmllawgroup.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Randy L. Tigar mccrystallaw@gmail.com sueparalegal@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 11, 2023 | Form ID: 211 | Total Noticed: 1 |

TERRY P. DERSHAW
    7trustee@gmail.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                          Chapter: 7

    Randy L. Tigar

Debtor(s)                                                                                    Case No: 23−10896−pmm

___

### *ORDER*

AND NOW, 7/11/23 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 7/25/23 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

 

For The Court

Patricia M. Mayer

Judge, United States Bankruptcy Court