IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE: Randy L. Tigar : Bankr. No 4-23-bk-10896-PMM
      Debtor :
:
: Chapter 13

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S OBJECTION
TO DISCHARGE OR TO MOVE FOR DISMISSAL OR CONVERSION

AND NOW, this 11TH day of August 2023, the debtor, Randy L. Tigar, by and through his undersigned counsel, Michael J. McCrystal, Esquire and the Chapter 7 Trustee Terry P. Dershaw, Esquire file this Motion to Extend Time to Object to Discharge or to Move for Dismissal or Conversion and in support thereof aver:

1. The current deadline for the Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is October 8, 2023.

2. The parties hereby agree, that the Trustee, and any party in interest including the Office of the United States Trustee shall have until January 24, 2024 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 USC section 707(b). Debtor's Attorney certifies that he has specific authority from the Debtor to enter into this Agreement.

Respectfully Submitted,

_____
Michael J. McCrystal, Esquire
Attorney for the Debtor


/s/Terry P. Dershaw

_____
Terry P. Dershaw, Esquire
Chapter 7 Trustee

SO ORDERED this _____ day of August 2023

_____
Patricia M. Mayer
United States Bankruptcy Judge