UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| RANDY L. TIGAR, | : | No. 23-10896-pmm |
| Debtor | : | |

ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPT OF
NOTICES, AND INCLUSION ON NOTICE LIST

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtors, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to our client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

| | |
|---|---|
| Fulton Bank, N.A., Successor by Merger to Skylands Community Bank<br>One Penn Square<br>P.O. Box 4887<br>Lancaster, PA 17602 | Attorney and Address<br>Matthew G. Brushwood, Esquire<br>Barley Snyder, LLP<br>50 North Fifth Street, 2nd Floor<br>Reading, PA 19601<br>Telephone No: (610) 376-6651<br>Email Address: mbrushwood@barley.com |

10858652.1

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

DATED:  August 16, 2023                    By:   /s/ Matthew G. Brushwood, Esquire
                                                 Matthew G. Brushwood, Esquire
                                                 Barley Snyder LLP
                                                 PA Attorney I.D. No. 310592
                                                 50 North Fifth Street, 2nd Floor
                                                 Reading, PA 19601
                                                 (610) 898-7165

I hereby certify that copies of this Entry of Appearance were served
August 16, 2023 by ECF notice (electronically) upon:

Trustee
Terry P. Shaw, Esquire
P.O. Box 556
Warminster, PA 18974-0632

Debtor's Attorney
Michael J. McCrystal, Esquire
326 Main Street, Suite 1
Emmaus, PA 18049

U.S. Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

10858652.1

We hereby certify that copies of this Entry of Appearance were served by U.S. First Class Mail, postage prepaid, upon the following entities on the date hereof:

<u>Debtor</u>
Randy L. Tigar
4323 Richmond Road
Easton, PA 18040-7026

10858652.1