United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10896-pmm |
| Randy L. Tigar | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |
| cr | + | Newtek Small Business Finance, LLC, c/o John J. Winter, Esquire, Chartwell Law, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403 UNITED STATES 19403-2265 |
| 14769017 | # | Apothaker, Scian and Associates, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 14769018 | | Bergey's, 462 Harleysville Pike, Souderton, PA 18964-2153 |
| 14769019 | | Berkheimer Tax Admin, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14769021 | | Christopher M. Reid, Esqyuire, 3101 Emrick Blvd Ste 205, Bethlehem, PA 18020-8037 |
| 14769022 | | Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910 |
| 14769023 | | Cognetti and Cimini, 538 Spruce St Ste 800, Scranton, PA 18503-1862 |
| 14769024 | | Collins Enterprises, Inc., 445 US Route 2, East Wilton, ME 04294 |
| 14769025 | | Commonwealth of Pennsylvani, Bureau of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14769026 | | Coopersburg Kenworth, 1930 Route 309, Coopersburg, PA 18036-2801 |
| 14769027 | | EZ Pass of New Jersey, c/o Professional Account Mgmt, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 14769029 | | Hale Brake and Wheel Inc., PO Box 1400, Voorhees, NJ 08043-7400 |
| 14769030 | | Island Park Development, 400 Island Park Rd, Easton, PA 18042-6814 |
| 14781962 | + | Island Park Development LLC, 400 Island Park Blvd., building 3, Easton, PA 18042-6814 |
| 14782706 | + | Island Park Development, LLC, c/o Kevin Kercher, Esq., 881 Third Street, Suite C-2, Fullerton Bldg., Whitehall, PA 18052-5930 |
| 14769031 | | Island Park, Development, LLC, 400 Island Park Rd Bldg 1, Easton, PA 18042-6814 |
| 14769033 | | Joan D. Daly, Esquire, 1 Penn Center 1617 JFK Blvd Ste 1010, Philadelphia, PA 19019 |
| 14769034 | | Jonathan J. Russell, Esquire, Bailiwick Office Campus, PO Box 1306, Doylestown, PA 18901-0117 |
| 14789120 | + | Jonathan J. Russell, Esquire, Drake, Hileman & Davis, P.C., PO Box 1306, Doylestown, PA 18901-0117 |
| 14789121 | + | Kaitlyn McEwam, c/o Drake, Hileman & Davis, P.C., PO Box 1306, Doylestown, PA 18901-0117 |
| 14769035 | | Kaitlyn McEwan, 1034 Hellertown Rd, Bethlehem, PA 18015-9520 |
| 14769037 | | MDJ 03-3-02, Honorable Douglas Schlegel, 31 W 1st St Ste 1, Wind Gap, PA 18091-1515 |
| 14769036 | | Macmillian Oil Co., 1715 E Tremont St, Allentown, PA 18109-1661 |
| 14769040 | | NMTFA, 1001 N Fairfax St Ste 600, Alexandria, VA 22314-1798 |
| 14769038 | | New Tek Business Finance LLC, 1981 Marcus Ave Ste 130, New Hyde Park, NY 11042-1046 |
| 14769039 | | Newtek Small Business Finance LLC, c/o Chartwelll Law, 970 Rittenhouse Rd Ste 300, Eagleville, PA 19403-2265 |
| 14771732 | + | Newtek Small Business Finance, LLC, c/o John J. Winter, Esquire, Chartwell Law, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403-2265 |
| 14771594 | + | Newtek Small Business Finance, LLC, c/o John J. Winter, Esquire, Chartwell L, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403-2265 |
| 14769041 | | Northampton DRS, 669 Washington St, Easton, PA 18042-7401 |
| 14769042 | | Princips Capital LLC, 111 Town Square Pl Ste 700, Jersey City, NJ 07310-2768 |
| 14769043 | | Progressive Commerical, NFP Property & Casualty, 360 Mount Kemble Ave, Morristown, NJ 07960-6662 |
| 14769045 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2017-02358, 669 Washington St, Easton, PA 18042-7401 |
| 14769048 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2018-9627, 669 Washington St, Easton, PA 18042-7401 |
| 14769049 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2019-11655, 669 Washington St, Easton, PA 18042-7401 |
| 14769047 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2019-8810, 669 Washington St, Easton, PA 18042-7401 |
| 14769044 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2020-01812, 669 Washington St, Easton, PA 18042-7401 |
| 14769046 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2020-2989, 669 Washington St, Easton, PA 18042-7401 |
| 14769050 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2022-00843, 669 Washington St, Easton, PA 18042-7401 |

Case 23-10896-pmm   Doc 55   Filed 08/16/23   Entered 08/17/23 00:32:15   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 59 |

| | | |
|---|---|---|
| 14769052 | | RCN, 100 Baltimore Dr, Wilkes Barre, PA 18702-7955 |
| 14769053 | | Ready Refresh, PO Box 856192, Louisville, KY 40285-6192 |
| 14769054 | | Redi Cycle LLC, 5262 Northway Rd, Cogan Station, PA 17728-8332 |
| 14769055 | | Richard W. Kiefer, Esquire, Keifer Law Firm, LLC, 311 Market St, Kingston, PA 18704-5428 |
| 14769056 | | Schlesinger & Kerstetter, LLP, attn.: Todd P. Kerstetter, Esquire, 545 N 2nd St, Shamokin, PA 17872-5148 |
| 14769057 | | Star Buick GMC, Cadillac LLC, 200 Country Club Rd, Easton, PA 18045-2341 |
| 14769058 | | Superior Court of New Jersey, Warren County-Chancery, 413 2nd St, Belvidere, NJ 07823-1528 |
| 14774830 | + | U.S. Bank National Association, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14780236 | + | U.S. Bank National Association, c/o SARAH K. MCCAFFERY, Hladik Onorato & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 14 2023 23:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 14 2023 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14772008 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2023 00:02:09 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14772235 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2023 00:02:56 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14769016 | | Email/Text: ally@ebn.phinsolutions.com | Aug 14 2023 23:46:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14769020 | | Email/Text: bankruptcy@cavps.com | Aug 14 2023 23:47:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 4A, Valhalla, NY 10595-2323 |
| 14769028 | | Email/Text: bankruptcy@fult.com | Aug 14 2023 23:47:00 | Fulton Bank, Loan Operations, PO Box 69, East Petersburg, PA 17520-0069 |
| 14770011 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2023 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14769725 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14769493 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 23:51:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14774636 | ^ | MEBN | Aug 14 2023 23:38:08 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Island Park Development, LLC, 400 Island Park Blvd., Building 3, Easton, PA 18042-6814 |
| 14769051 | * | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |
| 14769032 | ## | Jan Delena, 5200 Freemansburg Ave Lot 15, Easton, PA 18045-5561 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 59

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| JOHN J. WINTER | on behalf of Creditor Newtek Small Business Finance LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com |
| KEVIN K. KERCHER | on behalf of Creditor Island Park Development LLC kevinkk@kercherlaw.com, kevin@kercherlaw.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 bkgroup@kmllawgroup.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Randy L. Tigar mccrystallaw@gmail.com sueparalegal@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor U.S. Bank National Association as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com |
| TERRY P. DERSHAW | 7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE: Randy L. Tigar
    Debtor

Bankr. No 4-23-bk-10896-PMM

Chapter 13

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S OBJECTION
TO DISCHARGE OR TO MOVE FOR DISMISSAL OR CONVERSION

AND NOW, this 11TH day of August 2023, the debtor, Randy L. Tigar, by and through his undersigned counsel, Michael J. McCrystal, Esquire and the Chapter 7 Trustee Terry P. Dershaw, Esquire file this Motion to Extend Time to Object to Discharge or to Move for Dismissal or Conversion and in support thereof aver:

1. The current deadline for the Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is October 8, 2023.

2. The parties hereby agree, that the Trustee, and any party in interest including the Office of the United States Trustee shall have until January 24, 2024 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 USC section 707(b). Debtor's Attorney certifies that he has specific authority from the Debtor to enter into this Agreement.

Respectfully Submitted,

_____
Michael J. McCrystal, Esquire
Attorney for the Debtor

/s/Terry P. Dershaw

_____
Terry P. Dershaw, Esquire
Chapter 7 Trustee

SO ORDERED this ___14th_____ day of August 2023

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge