UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        Chapter 7
                                        :
RANDY L. TIGAR,                         :        No. 23-10896-pmm
                    Debtor              :

## NOTICE OF MOTION, RESPONSE DEADLINE

## AND HEARING DATE

Fulton Bank, N.A., Successor by Merger to Skylands Community Bank has filed a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362 of the Bankruptcy Code in order to exercise its state law rights and remedies as concerns the premises located at **4323 Richmond Road, Easton, Northampton County, Pennsylvania**.

- **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

- **If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then on or before **August 30, 2023**, you or your attorney must file a response to the Motion *(see Instructions on next page)*.

- **A hearing on the Motion** is scheduled to be held on **September 5, 2023 at 10:00 a.m.** before the **Honorable Judge Patricia M. Mayer, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

- **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

- You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed a response.

- If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

10858676.1

**Filing Instructions**

**If you are required to file documents electronically by Local Bankruptcy Rule,** you must file your response electronically.

**If you are not required to file electronically,** you must file your response at:

United States Bankruptcy Court
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

**If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

Matthew G. Brushwood, Esquire
50 North Fifth Street, 2nd Floor
Reading, PA 19601
Phone (610) 376-6651

Date: August 16, 2023

10858676.1