UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| RANDY L. TIGAR, | : | No. 23-10896-PMM |
| Debtor | : | |

## **ORDER**

UPON CONSIDERATION OF the Motion of Fulton Bank, N.A., Successor by Merger to Skylands Community Bank for Relief from the Automatic Stay of Section 362 of the United States Bankruptcy Code, after notice and a hearing, it is

ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby vacated to allow Fulton Bank, N.A., Successor by Merger to Skylands Community Bank to exercise its state law rights and remedies as concerns the premises located at 4323 Richmond Road, Easton, Northampton County, Pennsylvania, and it is

FURTHER ORDERED that Rule 4001(a)(3) shall not apply to this Order and Fulton Bank, N.A., Successor by Merger to Skylands Community Bank shall be entitled to immediately exercise its rights and remedies against the foregoing premises.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE

10858502.1