# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
**Randy L. Tigar,**                                          :          **Chapter 7**
                                                                          :
                                                                          :          **Case No. 23-10896  (PMM)**
                                                                          :
        **Debtor.**                       :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #54), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #58);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **October 5, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

*Patricia M. Mayer*
_____

**Date:  9/5/23**

**PATRICIA M. MAYER**  
**U.S. BANKRUPTCY JUDGE**