United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10896-pmm |
|---|---|
| Randy L. Tigar | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| JOHN J. WINTER | on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com |
| KEVIN K. KERCHER | on behalf of Creditor Island Park Development  LLC kevinkk@kercherlaw.com, kevin@kercherlaw.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 bkgroup@kmllawgroup.com |
| MATTHEW GREGORY BRUSHWOOD | on behalf of Creditor Fulton Bank  N.A., Successor by Merger to Skylands Community Bank mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Randy L. Tigar mccrystallaw@gmail.com  sueparalegal@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 mfarrington@kmllawgroup.com |

District/off: 0313-4                           User: admin                                      Page 2 of 2

Date Rcvd: Sep 05, 2023                        Form ID: pdf900                            Total Noticed: 1

SARAH K. MCCAFFERY

    on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage
Pass-Through Certificates, Series 2004-10 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

TERRY P. DERSHAW

    7trustee@gmail.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**Randy L. Tigar,**

|   |   |   |
|---|---|---|
| | : | **Chapter 7** |
| | : | |
| | : | **Case No. 23-10896  (PMM)** |
| | : | |
| **Debtor.** | : | |

**O R D E R**

 AND NOW, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc.

#54), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #58);

 AND, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

 It is hereby **GRDERED** that:

1. On or before **October 5, 2023**, the parties shall either file the Stipulation or file a notice

 relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

 further notice or hearing.

Date:  9/5/23

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**