UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 7
                                          :
   RANDY L. TIGAR,                        :        No. 23-10896-pmm
                            Debtor        :


**PRAECIPE TO WITHDRAW MOTION OF FULTON BANK, N.A., SUCCESSOR BY
MERGER TO SKYLANDS COMMUNITY BANK FOR RELIEF FROM THE
<u>AUTOMATIC STAY OF SECTION 362 OF THE BANKRUPTCY CODE</u>**

Kindly withdraw Fulton Bank, N.A.'s Motion for Relief from the Automatic Stay of

Section 362 of the Bankruptcy Code filed on August 16, 2023 in regard to Docket No. 54.


BARLEY SNYDER LLC


By:<u>*/s/ Matthew G. Brushwood Esquire*</u>
        Matthew G. Brushwood, Esquire
        Attorney ID #310592
        50 North Fifth Street, 2nd Floor
        Reading, PA 19601

Date:  September 14, 2023

10980166.1