Certificate Number: 13858-PAE-DE-037926999

Bankruptcy Case Number: 23-10896



13858-PAE-DE-037926999

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 9, 2023</u>, at <u>3:15</u> o'clock <u>PM EST</u>, <u>Randy L. Tigar</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 9, 2023</u>          By:  <u>/s/Christian Cotto</u>

Name:  <u>Christian Cotto</u>

Title:  <u>Counselor</u>