United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 23-10896-pmm
Randy L. Tigar                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 26, 2024 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| JOHN J. WINTER | on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com |
| KEVIN K. KERCHER | on behalf of Creditor Island Park Development  LLC kevinkk@kercherlaw.com, kevin@kercherlaw.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 bkgroup@kmllawgroup.com |
| MATTHEW GREGORY BRUSHWOOD | on behalf of Creditor Fulton Bank  N.A., Successor by Merger to Skylands Community Bank mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Randy L. Tigar mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage |

Pass-Through Certificates, Series 2004-10 mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. Bank National Association.  mimcgowan@raslg.com

SARAH K. MCCAFFERY

on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage
Pass-Through Certificates, Series 2004-10 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

TERRY P. DERSHAW

7trustee@gmail.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 7


Randy L. Tigar                                            : Case No. 23–10896–pmm
            Debtor(s)


### ORDER

_____


    AND NOW, this day , January 26, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                                    By The Court


                                    Patricia M. Mayer
                                    Judge, United States Bankruptcy Court








                                                                            74
                                                                        Form 195