United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10896-pmm |
| Randy L. Tigar | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 26, 2024 | Form ID: 318 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |
| 14769017 | # | Apothaker, Scian and Associates, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 14769018 | | Bergey's, 462 Harleysville Pike, Souderton, PA 18964-2153 |
| 14769019 | | Berkheimer Tax Admin, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14769021 | | Christopher M. Reid, Esqyuire, 3101 Emrick Blvd Ste 205, Bethlehem, PA 18020-8037 |
| 14769023 | | Cognetti and Cimini, 538 Spruce St Ste 800, Scranton, PA 18503-1862 |
| 14769024 | | Collins Enterprises, Inc., 445 US Route 2, East Wilton, ME 04294 |
| 14769025 | | Commonwealth of Pennsylvani, Bureau of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14769026 | | Coopersburg Kenworth, 1930 Route 309, Coopersburg, PA 18036-2801 |
| 14769027 | | EZ Pass of New Jersey, c/o Professional Account Mgmt, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 14769029 | | Hale Brake and Wheel Inc., PO Box 1400, Voorhees, NJ 08043-7400 |
| 14769030 | | Island Park Development, 400 Island Park Rd, Easton, PA 18042-6814 |
| 14781962 | + | Island Park Development LLC, 400 Island Park Blvd., building 3, Easton, PA 18042-6814 |
| 14769031 | | Island Park, Development, LLC, 400 Island Park Rd Bldg 1, Easton, PA 18042-6814 |
| 14769033 | | Joan D. Daly, Esquire, 1 Penn Center 1617 JFK Blvd Ste 1010, Philadelphia, PA 19019 |
| 14769034 | | Jonathan J. Russell, Esquire, Bailiwick Office Campus, PO Box 1306, Doylestown, PA 18901-0117 |
| 14789120 | + | Jonathan J. Russell, Esquire, Drake, Hileman & Davis, P.C., PO Box 1306, Doylestown, PA 18901-0117 |
| 14789121 | + | Kaitlyn McEwam, c/o Drake, Hileman & Davis, P.C., PO Box 1306, Doylestown, PA 18901-0117 |
| 14769035 | | Kaitlyn McEwan, 1034 Hellertown Rd, Bethlehem, PA 18015-9520 |
| 14769037 | | MDJ 03-3-02, Honorable Douglas Schlegel, 31 W 1st St Ste 1, Wind Gap, PA 18091-1515 |
| 14769036 | | Macmillian Oil Co., 1715 E Tremont St, Allentown, PA 18109-1661 |
| 14769040 | | NMTFA, 1001 N Fairfax St Ste 600, Alexandria, VA 22314-1798 |
| 14769038 | | New Tek Business Finance LLC, 1981 Marcus Ave Ste 130, New Hyde Park, NY 11042-1046 |
| 14769039 | | Newtek Small Business Finance LLC, c/o Chartwelll Law, 970 Rittenhouse Rd Ste 300, Eagleville, PA 19403-2265 |
| 14771594 | + | Newtek Small Business Finance, LLC, c/o John J. Winter, Esquire, Chartwell L, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403-2265 |
| 14769041 | | Northampton DRS, 669 Washington St, Easton, PA 18042-7401 |
| 14769042 | # | Princips Capital LLC, 111 Town Square Pl Ste 700, Jersey City, NJ 07310-2768 |
| 14769043 | | Progressive Commerical, NFP Property & Casualty, 360 Mount Kemble Ave, Morristown, NJ 07960-6662 |
| 14769045 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2017-02358, 669 Washington St, Easton, PA 18042-7401 |
| 14769048 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2018-9627, 669 Washington St, Easton, PA 18042-7401 |
| 14769049 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2019-11655, 669 Washington St, Easton, PA 18042-7401 |
| 14769047 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2019-8810, 669 Washington St, Easton, PA 18042-7401 |
| 14769044 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2020-01812, 669 Washington St, Easton, PA 18042-7401 |
| 14769046 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2020-2989, 669 Washington St, Easton, PA 18042-7401 |
| 14769050 | | Prothonotary, CCP-Northampton County, Case No. C48-CV-2022-00843, 669 Washington St, Easton, PA 18042-7401 |
| 14769052 | | RCN, 100 Baltimore Dr, Wilkes Barre, PA 18702-7955 |
| 14769053 | | Ready Refresh, PO Box 856192, Louisville, KY 40285-6192 |
| 14769054 | | Redi Cycle LLC, 5262 Northway Rd, Cogan Station, PA 17728-8332 |
| 14769055 | | Richard W. Kiefer, Esquire, Keifer Law Firm, LLC, 311 Market St, Kingston, PA 18704-5428 |
| 14769056 | | Schlesinger & Kerstetter, LLP, attn.: Todd P. Kerstetter, Esquire, 545 N 2nd St, Shamokin, PA 17872-5148 |

Case 23-10896-pmm   Doc 76   Filed 01/28/24   Entered 01/29/24 00:31:12   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2024 | Form ID: 318 | Total Noticed: 51 |

| | | |
|---|---|---|
| 14769057 | | Star Buick GMC, Cadillac LLC, 200 Country Club Rd, Easton, PA 18045-2341 |
| 14769058 | | Superior Court of New Jersey, Warren County-Chancery, 413 2nd St, Belvidere, NJ 07823-1528 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | EDI: BTPDERSHAW.COM | Jan 27 2024 05:13:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | + Email/Text: taxclaim@countyofberks.com | Jan 27 2024 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2024 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14769016 | EDI: GMACFS.COM | Jan 27 2024 05:13:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14769020 | Email/Text: bankruptcy@cavps.com | Jan 27 2024 00:16:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 4A, Valhalla, NY 10595-2323 |
| 14769022 | Email/Text: poc@cintas.com | Jan 27 2024 00:15:00 | Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910 |
| 14769028 | Email/Text: bankruptcy@fultonbank.com | Jan 27 2024 00:16:00 | Fulton Bank, Loan Operations, PO Box 69, East Petersburg, PA 17520-0069 |
| 14769038 | ^ MEBN | Jan 27 2024 00:09:59 | New Tek Business Finance LLC, 1981 Marcus Ave Ste 130, New Hyde Park, NY 11042-1046 |
| 14770011 | EDI: PENNDEPTREV | Jan 27 2024 05:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14770011 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14846187 | + Email/Text: RASEBN@raslg.com | Jan 27 2024 00:15:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14769051 | * | Randy L. Tigar, 4323 Richmond Rd, Easton, PA 18040-7026 |
| 14769032 | ## | Jan Delena, 5200 Freemansburg Ave Lot 15, Easton, PA 18045-5561 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

**Name**   **Email Address**

DAVE P. ADAMS
  on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

JOHN J. WINTER
  on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com

KEVIN K. KERCHER
  on behalf of Creditor Island Park Development  LLC kevinkk@kercherlaw.com, kevin@kercherlaw.com

MARK A. CRONIN
  on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 bkgroup@kmllawgroup.com

MATTHEW GREGORY BRUSHWOOD
  on behalf of Creditor Fulton Bank  N.A., Successor by Merger to Skylands Community Bank mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

MICHAEL J. MCCRYSTAL
  on behalf of Debtor Randy L. Tigar mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

MICHAEL PATRICK FARRINGTON
  on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
  on behalf of Creditor U.S. Bank National Association.  mimcgowan@raslg.com

SARAH K. MCCAFFERY
  on behalf of Creditor U.S. Bank National Association  as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

TERRY P. DERSHAW
  7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Randy L. Tigar**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4896<br>EIN   45–4879732 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–10896–pmm | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Randy L. Tigar

<u>1/26/24</u>                                                        **By the court:**   <u>Patricia M. Mayer</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**